IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EARL HALEY,** | : CIVIL ACTION NO. 1:17-CV-1775 |
| Plaintiff | : (Chief Judge Conner) |
| v. | : |
| **BELL-MARK TECHNOLOGIES CORPORATION,** | : |
| Defendant | : |

## ORDER

AND NOW, this 16th day of May, 2019, upon consideration of the court's memorandum and order (Docs. 25, 26) denying in part the parties' joint motion for approval of settlement on the basis that the settlement agreement's confidentiality and release provisions were too broad in scope, thereby impermissibly frustrating implementation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, (see Doc. 25 at 10-15), and further upon consideration of the parties' notice (Doc. 27) requesting approval of an amended settlement by and between plaintiff Earl Haley ("Haley") and defendant Bell-Mark Technologies Corporation ("Bell-Mark"), and it appearing that the amended settlement agreement's confidentiality provision is narrowly tailored insofar as it imposes no monetary penalty per violation thereof and only prohibits Haley from publicly broadcasting the agreement's terms through the media, (see Doc. 27 at 5 ¶ 9), and that the amended settlement agreement's release provision is limited in scope to claims arising out of the facts alleged in the instant litigation and which fall within the ambit of the FLSA and appropriate state law counterparts, (see id. at 5 ¶ 7), and the court concluding that the amended

settlement agreement now furthers implementation of the FLSA and its objectives in the workplace, it is hereby ORDERED that:

1. The amended settlement agreement (Doc. 27) by and between Haley and Bell-Mark is APPROVED.

2. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania